IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 12-249-GPM |
| | ) |
| TERRI BOVA, individually and d/b/a Jack's Place Bar & Grill, and JACK'S PLACE BAR & GRILL, | ) ) ) ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**MURPHY, District Judge:**

Before the Court is Plaintiff Joe Hand Promotions, Inc.'s motion for summary judgment (Doc. 22). Plaintiff filed this motion on September 28, 2012. Defendants' response to the motion was due on November 1, 2012. Now, over a month beyond that deadline, Defendants have yet to file any response to the motion for summary judgment. Pursuant to Local Rule 7.1(c), the Court deems that Defendants have acceded to the merits of Plaintiff's motion for summary judgment. UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF ILLINOIS LOCAL RULE 7.1(c) ("Failure to file a timely response to a motion may, in the Court's discretion, be considered an admission of the merits of the motion."). The Court therefore **GRANTS** Plaintiff's motion for summary judgment. Judgment shall enter for Plaintiff in the amount of twelve thousand dollars ($12,000.00) for willful statutory damages pursuant to 47 U.S.C. §§ 605(e)(3)(C)(i)(II), 605(e)(3)(C)(ii); and three thousand, five hundred thirty-five dollars and twenty five cents ($3,535.25) for costs and reasonable attorneys fees pursuant to 47 U.S.C. § 605(e)(3)(B)(iii).

**IT IS SO ORDERED.**

DATED: December 19, 2012

                                                  s/ *G. Patrick Murphy*
                                                  G. PATRICK MURPHY
                                                  United States District Judge